PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>5:20CR01317 | | |
|---|---|---|---|
| | DOCKET NUMBER (*Rec. Court*):<br>**3:25-cr-00126** | | |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Clink, Larry**<br>Hillham, Tennessee | DISTRICT:<br>Southern District of Texas | | DIVISION:<br>Laredo |
| | NAME OF SENTENCING JUDGE:<br>Honorable Diana Saldaña | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>**08/01/2022** | To:<br>**10/03/2026** |

OFFENSE:

Conspiracy to transport and attempt to transport undocumented aliens within the United States by means of transportation and otherwise, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

Mr. Clink has a stable residence in the Middle District of Tennessee, where he plans to reside for the remainder of his period of supervision, and he has no ties to the Southern District of Texas.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Laredo Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee, Cookeville Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court*

June 5, 2025

*Date*

Honorable Diana Saldana
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Middle District of Tennessee, Cookeville Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/6/2025

*Effective Date*

*United States District Judge*