United States Courts
Southern District of Texas
FILED

JUN 02 2020

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. L-20-1317 DS |
| § | |
| LARRY CLINK § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **March 30, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**LARRY CLINK,**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

### COUNT TWO

On or about **March 30, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**LARRY CLINK,**

knowing and in reckless disregard of the fact that ALBERTO SARTILLO-RAMOS, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of

transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

### COUNT THREE

On or about **March 30, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**LARRY CLINK,**

knowing and in reckless disregard of the fact that MELVIN ALEXANDER HERNANDEZ-MARTINEZ, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

Adam Harper
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET NO. L-20-1317

__LAREDO__ DIVISION

FILE: 20-07955   MAG#: 20-01197

<u>INDICTMENT</u>   Filed: June 02, 2020   Judge:_____

UNITED STATES OF AMERICA

ATTORNEYS:

VS.

<u>RYAN K. PATRICK, USA</u>
<u>ADAM HARPER, AUSA</u>

**LARRY CLINK**

**CHARGES:**

Count.1:   Conspiracy to transport an undocumented alien within the United States
[8 USC 1324 (a)(1)(A)(ii) and (v)(I)]

Counts. 2-3:   Transport and Attempt to transport an undocumented alien within the United States for financial gain
[8 USC 1324(a)(1)(A)(ii)]

**TOTAL COUNTS: 3**

**PENALTY:**

Counts1 to 3:   0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release [Each Count]

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: